# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,
        Plaintiff(s),

v.

JOSEPH DELFGAUW,
        Defendant(s).
_____/

CASE NUMBER: 09-51388

HONORABLE PAUL D. BORMAN

MAGISTRATE JUDGE MONA K. MAJZOUB

## ORDER REGARDING REASSIGNMENT OF COMPANION CASE

      This case appears to be a companion case to **09-51387**. Pursuant to **LR 83.11**, the Clerk is directed to reassign this case to the docket of the HONORABLE MARIANNE O. BATTANI and MAGISTRATE JUDGE PAUL J. KOMIVES.

      S/PAUL D. BORMAN
      PAUL D. BORMAN
      UNITED STATES DISTRICT JUDGE

      s/Marianne O. Battani
      MARIANNE O. BATTANI
      UNITED STATES DISTRICT JUDGE

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers. Please indicate the appropriate case type: **MISC**.

      If the District Judge assigned to the companion case is located at another place of holding court, the new case number is _____.

Date: December 8, 2009

S/ S Schoenherr
Deputy Clerk

cc: Counsel of Record
    Receiving Judge