# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER | JUDGE BATTANI |
|---|---|---|
| UNITED STATES OF AMERICA | MISC. NO. 09-mc-51388 | |
| **DEFENDANT** | **TYPE OF PROCESS** | |
| JOSEPH R. DELFGAUW | PET TO ENF AND OSC | |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Joseph R. Delfgauw

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
600 Nairn Circle
Highland, MI 48357

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Leana Mayberry, Paralegal
United States Attorney's Office
211 W. Fort Street
Suite 2001
Detroit, MI 48226

Number of process to be served with this Form - 285: 
Number of parties to be served in this case: 2
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PURSUANT TO THE ATTACHED ORDER TO SHOW CAUSE, RESPONDENT MUST BE SERVED ON OR BEFORE JANUARY 15, 2010.

THANK YOU.

Signature of Attorney or other Originator requesting service on behalf of:
Leana Mayberry, Paralegal
XX PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (313) 226-9792
DATE: 12/15/09

FILED JAN - 6 2010 CLERK'S OFFICE DETROIT

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted)
Total Process: 
District of Origin No.: 39
District to Serve No.: 39
Signature of Authorized USMS Deputy or Clerk: [signature]
Date: 12-15-09

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)
☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)
Date of Service: 
Time: am / pm
Signature of U.S. Marshal or Deputy: [signature] 12/30/09

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $55.00 | $25.25 | | | | |

REMARKS: 12/23/09 Endeavor. Owner is Larry Stocker since 9/15/09. Subject not known by owner. Residence purchased from bank. 5482
12/30/09 Checked internet database and drivers license database and found no new addresses.

PRIOR EDITIONS MAY BE USED        **1. CLERK OF THE COURT**        FORM USM-285 (Rev. 12/15/80)