UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

  -vs-

JOSEPH R. DELFGAUW,

      Respondent.
_____/

MISC. NO. 09-mc-51388

HON. MARIANNE O. BATTANI

### NOTICE OF DISMISSAL OF PETITION TO ENFORCE IRS SUMMONS

Petitioner, through undersigned counsel, hereby advises the Court that pursuant to Fed.R.Civ.P. 41(a)(1), it wishes to dismiss without prejudice the Petition to Enforce IRS Summons filed against respondent, Joseph R. Delfgauw, on December 12, 2009, because the petitioner is unable to locate and serve the respondent.

Respectfully submitted,

BARBARA L. MCQUADE
United States Attorney

*s/ Vanessa M. Mays*
VANESSA M. MAYS (P34725)
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
313/226-9762
E-Mail: vanessa.mays@usdoj.gov

Dated:   April 29, 2010